UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY PETTIT,

    Plaintiff,

                      CASE NO. 2:16-CV-12811
                      JUDGE DAVID M. LAWSON
                      MAGISTRATE JUDGE ANTHONY P. PATTI

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HER AUGUST 1, 2016 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DE 4)

On August 1, 2016, Kimberly Pettit filed a complaint (DE 1) for judicial review of the Commissioner of Social Security's July 1, 2016 decision. On the same day, she also filed an application to proceed in district court without prepaying fees or costs (DE 4) and a request for service by the U.S. Marshal (DE 5).

This case has been referred to the undersigned. (DE 3.) Having reviewed Plaintiff's application to proceed in forma pauperis (DE 4), the Court concludes that it is not in a position to rule at this time. Upon consideration, Plaintiff's application (DE 4) is **HELD IN ABEYANCE**. Within ten (10) days of the date of this order, Plaintiff **SHALL** file a supplemental application which explains the source of

funding by which Plaintiff meets her obligations listed in Questions 6 and 7 of the applciation, preferably with the assistance of her counsel, Wesley James Lamey (P73613).

**IT IS SO ORDERED.**

Dated: August 3, 2016              s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 3, 2016, electronically and/or by U.S. Mail.

                                   s/Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti